**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA                          Civil Action No.: 11-11629

              Plaintiff,                          HON. JOHN CORBETT O'MEARA

v.

ROBERT K. LANGSTON

              Defendant.

and,

STATE OF MICHIGAN, STATE INCOME TAX,

              Garnishee.

_____/

**CERTIFICATION OF SERVICE OF DOCUMENTS ON JUDGMENT DEBTOR**

        The United States of America, the judgment creditor herein, hereby certifies that a copy

of the Writ of Continuing Garnishment for the State Income Tax, along with a copy of the Clerk's

Notice and Notice to Defendant Debtor on How to Claim Exemptions was sent to the judgment debtor

by first class mail on January 27, 2012 to the last known address of the judgment debtor, and service was

made upon the judgment debtor garnishee.

              s/ Deborah A. Winslow
              An Employee of
              SHERMETA, ADAMS & VON ALLMEN, P.C.
              P.O. Box 80883
              Rochester Hills, MI 48308
              (248) 519-1700
              dwinslow@shermeta.com